UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| LEE BLAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:05-CV-199 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| CSC INVESTMENTS, LLC dba PANERA | ) | |
| BREAD, BAKERY & CAFÉ; THE PANERA | ) | |
| BREAD COMPANY WELFARE BENEFIT | ) | |
| PLAN; and PANERA BREAD COMPANY, | ) | |
| as PLAN ADMINISTRATOR OF THE | ) | |
| PANERA BREAD COMPANY WELFARE | ) | |
| BENEFITS PLAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

The parties have jointly filed a Motion for Stay to Facilitate Settlement (Court File No. 9).

The parties represent they are in the process of memorializing a settlement agreement. They request

a stay of all pending deadlines in the scheduling order.

The Court hereby **GRANTS** the parties' motion and **STAYS** all proceedings in this matter

until **January 31, 2006** for the parties to complete settlement. The parties **SHALL FILE** a notice

of dismissal on or before that date, or a motion for a further stay showing good cause why the case

should not be dismissed.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**